CASE # 10-55947-VZ

**FILED**
NOV 23 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NAME: Monte Nido Estates, LLC
c/o Rossco Holdings, Inc.

Petition Date: 7/28/2010
CASE NUMBER: 10-60920-RBK

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH Oct YEAR 2010

| MONTH | Aug | Sept | Oct | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0 | 0 | 0 | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 0 | 0 | 325 | | | |
| NET INCOME (LOSS) (MOR-6) | 0 | 0 | 325 | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | 0 | 0 | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 | 0 | 0 | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 0 | 0 | 325 | | | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

CIRCLE ONE
Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Have any pre-petition liabilities been paid? Yes **No** If so, describe

Are all funds received being deposited into DIP bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe _____
Are all U.S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization? PLAN TO BE FILED WITHIN EXCLUSIVITY PERIOD.

| REQUIRED INSURANCE MAINTAINED | | |
|---|---|---|
| AS OF SIGNATURE DATE | EXP. DATE | |
| CASUALTY | YES ( ) NO ( ) | |
| LIABILITY | YES ( ) NO ( ) | |
| VEHICLE | YES ( ) NO ( ) | |
| WORKER'S | YES ( ) NO ( ) | |
| OTHER | YES ( ) NO ( ) | |

(ALL INSURANCE CURRENT)

ATTORNEY NAME: ~~Ronald E. Pearson~~ MICHAEL MCCONNELL
FIRM: ~~Pearson & Pearson~~ KELLY HART & HALLMAN LLP
ADDRESS: ~~3109 Bird Creek Terrace~~ 201 MAIN ST. #2500
ADDRESS:
CITY, STATE ZIP: ~~Temple, TX 76502-1083~~ FORT WORTH, TX 76102
TELEPHONE: ~~254-780-6699, 254-780-6500~~ (817) 332-2500

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.

SIGNED _____ Bulaei _____
(ORIGINAL SIGNATURE)

TITLE Vice President of
ROSSCO HOLDINGS (MANAGING MEMBER)

MOR-1

CASE NAME: Monte Nido Estates, LLC c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60920-RBK

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 7/28/2010 (Amended) Jul 13 | MONTH August | MONTH Sept | MONTH Oct | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 86 | 306 | 306 | 181 | | | |
| Accounts Receivable, Net | 0 | 0 | 0 | 0 | | | |
| Inventory: Lower of Cost or Market | 0 | 0 | 0 | 0 | | | |
| Prepaid Expenses | 0 | 0 | 0 | 0 | | | |
| Investments | 0 | 0 | 0 | 0 | | | |
| Other | 0 | 0 | 0 | 0 | | | |
| **TOTAL CURRENT ASSETS** | 86 | 306 | 306 | 181 | | | |
| PROPERTY, PLANT&EQUIP. @ COST | 0 | 0 | 0 | 0 | | | |
| Less Accumulated Depreciation | 0 | 0 | 0 | 0 | | | |
| NET BOOK VALUE OF PP & E | 0 | 0 | 0 | 0 | | | |
| **OTHER ASSETS:** | | | | | | | |
| 1. Tax Deposits | 0 | 0 | 0 | 0 | | | |
| 2. Investments in Subs | 0 | 0 | 0 | 0 | | | |
| 3. LAND (COST BASIS) | 1,804,502 | 1,804,502 | 1,804,502 | 1,804,502 | | | |
| 4. (attach list) | 0 | 0 | 0 | 0 | | | |
| **TOTAL ASSETS** | 1,804,588 | 1,804,808 | 1,804,808 | 1,804,683 | | | |

*Per Schedules and Statement of Affairs

MOR-2

CASE NAME: Monte Nido Estates, LLC c/o Rosseo Holdings, Inc.

CASE NUMBER: 10-60920-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 7/28/2010 (MOR-2) (1/3) | MONTH August | MONTH Sept | MONTH Oct | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | 0 | 220 | 220 | 410 | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes Payable-Secured | 5,949,088 | 5,949,088 | 5,949,088 | 5,949,088 | | | |
| Priority Debt | 0 | 0 | 0 | 0 | | | |
| Federal Income Tax | 0 | 0 | 0 | 0 | | | |
| FICA/Withholding | 0 | 0 | 0 | 0 | | | |
| Unsecured Debt | 61,013 | 61,013 | 61,013 | 61,013 | | | |
| Other -- | 0 | 0 | 0 | 0 | | | |
| TOTAL PRE-PETITION LIABILITIES | 6,010,101 | 6,010,101 | 6,010,101 | 6,010,521 | | | |
| **TOTAL LIABILITIES** | 6,010,101 | 6,010,101 | 6,010,101 | 6,010,521 | | | |
| **OWNERS'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | 0 | 0 | 0 | 0 | | | |
| COMMON STOCK | 0 | 0 | 0 | 0 | | | |
| ADDITIONAL PAID-IN CAPITAL | 0 | 0 | 0 | 0 | | | |
| RETAINED EARNINGS: Filing Date | (4,205,513) | (4,205,513) | (4,205,513) | (4,205,513) | | | |
| RETAINED EARNINGS: Post Filing Date | 0 | 0 | 0 | (325) | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | (4,205,513) | (4,205,513) | (4,205,513) | (4,205,838) | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 1,804,588 | 1,804,808 | 1,804,808 | 1,804,683 | | | |

MOR-3

*Per Schedules and Statement of Affairs

Revised 4/1/06

CASE NAME: Monte Nido Estates, LLC
c/o Rosseo Holdings, Inc.

CASE NUMBER: 10-60920-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH August | MONTH Sept. | MONTH Oct | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | | |
| TAX PAYABLE: | | | | | | | |
| Federal Payroll Taxes | 0 | 0 | 0 | | | | |
| State Payroll & Sales | 0 | 0 | 0 | | | | |
| Ad Valorem Taxes | 0 | 0 | 0 | | | | |
| Other Taxes | 0 | 0 | 0 | | | | |
| TOTAL TAXES PAYABLE | 0 | 0 | 0 | | | | |
| SECURED DEBT POST-PETITION | 0 | 0 | 0 | | | | |
| ACCRUED INTEREST PAYABLE | 0 | 0 | 0 | | | | |
| *ACCRUED PROFESSIONAL FEES: | 0 | 0 | 0 | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | | |
| 1. Advance - bsk (to fund D.i.P.) | 220 | 220 | 220 | | | | |
| 2. Advance - bsk (to pay trustee) (fees) | 0 | 0 | 200 | | | | |
| 3. | | | | | | | |
| *TOTAL POST-PETITION LIABILITIES (MOR-3)* | 220 | 220 | 420 | | | | |

*Payment Requires Court Approval.

MOR-4

CASE NAME: Monte Nido Estates, LLC
c/o Rosseo Holdings, Inc.

CASE NUMBER: 10-60920-RBK

## AGING OF POST-PETITION LIABILITIES
MONTH __OCT__

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 200* | 0 | 0 | 0 | 0 | 200 |
| 31-60 | 0 | 0 | 0 | 0 | 0 | 0 |
| 61-90 | 220 | 0 | 0 | 0 | 0 | 220 |
| 91+ | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 420 | 0 | 0 | 0 | 0 | 420 |

*($150 bank error - returned next month)

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | August | Sept. | Oct |
|---|---|---|---|
| 0-30 DAYS | 0 | 0 | 0 |
| 31-60 DAYS | 0 | 0 | 0 |
| 61-90 DAYS | 0 | 0 | 0 |
| 91 + DAYS | 0 | 0 | 0 |
| TOTAL | 0 | 0 | 0 |

MOR-5

Revised: 6/14/06

CASE NAME: Monte Nido Estates, LLC
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60920-RBK

## STATEMENT OF INCOME (LOSS)

| MONTH | August | Sept | Oct | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0 | 0 | 0 | | | | | |
| TOTAL COST OF REVENUES | 0 | 0 | 0 | | | | | |
| GROSS PROFIT | 0 | 0 | 0 | | | | | |
| OPERATING EXPENSES: | | | | | | | | |
| Selling & Marketing | 0 | 0 | 0 | | | | | |
| General & Administrative | 0 | 0 | 0 | | | | | |
| Insiders Compensation | 0 | 0 | 0 | | | | | |
| Professional Fees | 0 | 0 | 0 | | | | | |
| Other (attach list) | 0 | 0 | 0 | | | | | |
| | | | | | | | | |
| TOTAL OPERATING EXPENSES | 0 | 0 | 0 | | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0 | 0 | 0 | | | | | |
| INTEREST EXPENSE | 0 | 0 | 0 | | | | | |
| DEPRECIATION | 0 | 0 | 0 | | | | | |
| OTHER (INCOME) EXPENSE* | 0 | 0 | 0 | | | | | |
| OTHER ITEMS** U S Trustee fee | 0 | 0 | (325) | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | 0 | 0 | (325) | | | | | |
| NET INCOME BEFORE TAXES | 0 | 0 | (325) | | | | | |
| FEDERAL INCOME TAXES | 0 | 0 | 0 | | | | | |
| NET INCOME (LOSS) (MOR-1) | 0 | 0 | (325) | | | | | |

*Accrual Accounting Required, Otherwise Footnote With Explanation
* Footnote Mandatory
** Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote

MOR-6

Revised: 10/1/96

CASE NAME: Monte Nido Estates, LLC c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60920-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH August | MONTH Sept. | MONTH Oct. | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 86 | 306 | 306 | | | | 86 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0 | 0 | 0 | | | | 0 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0 | 0 | 0 | | | | 0 |
| 4. LOANS & ADVANCES (attach list) (Funds Di. Acers) | 220 | 0 | 200* | | | | 420 |
| 5. SALE OF ASSETS (bask-insuran) | 0 | 0 | 0 | | | | 0 |
| 6. OTHER (attach list) | 0 | 0 | 0 | | | | 0 |
| TOTAL RECEIPTS | 220 | 0 | 200 | | | | 420 |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | 0 | 0 | 0 | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 0 | 0 | 0 | | | | 0 |
| 8. PAYROLL TAXES PAID | 0 | 0 | 0 | | | | 0 |
| 9. SALES, USE & OTHER TAXES PAID | 0 | 0 | 0 | | | | 0 |
| 10. SECURED / RENTAL / LEASES | 0 | 0 | 0 | | | | 0 |
| 11. UTILITIES | 0 | 0 | 0 | | | | 0 |
| 12. INSURANCE | 0 | 0 | 0 | | | | 0 |
| 13. INVENTORY PURCHASES | 0 | 0 | 0 | | | | 0 |
| 14. VEHICLE EXPENSES | 0 | 0 | 0 | | | | 0 |
| 15. TRAVEL & ENTERTAINMENT | 0 | 0 | 0 | | | | 0 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0 | 0 | 0 | | | | 0 |
| 17. ADMINISTRATIVE & SELLING | 0 | 0 | 0 | | | | 0 |
| 18. OTHER (attach list) | 0 | 0 | 0 | | | | 0 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0 | 0 | 0 | | | | 0 |
| 19. PROFESSIONAL FEES | 0 | 0 | 0 | | | | 0 |
| 20. U.S. TRUSTEE FEES | 0 | 0 | 325 | | | | 325 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0 | 0 | 0 | | | | 0 |
| TOTAL DISBURSEMENTS | 0 | 0 | 325 | | | | 325 |
| 22. NET CASH FLOW | 220 | 0 | (125) | | | | 95 |
| 23. CASH - END OF MONTH (mor-2) | 306 | 306 | 181 | | | | 181 |

MOR-7   *Applies to Individual debtor's only.

* includes $150 bank error (transferred in error and returned in Nov.)

CASE NAME: Monte Nido Estates, LLC
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60920-RBK

## CASH ACCOUNT RECONCILIATION
## MONTH OF OCT

| BANK NAME | WELLS FARGO | WELLS FARGO | WELLS FARGO | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #8224116914 | #8226116922 | #7064501062 | | |
| ACCOUNT TYPE | OPERATING | DEPOSITORY | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 490 | 6 | 10 | | 506 |
| DEPOSIT IN TRANSIT | 0 | 0 | 0 | | 0 |
| OUTSTANDING CHECKS | 325 | 0 | 0 | | 325 |
| ADJUSTED BANK BALANCE | 165 | 6 | 10 | | 181 |
| BEGINNING CASH - PER BOOKS | 100 | 106 | 100 | | 306 |
| RECEIPTS | *200 | 0 | 0 | | 200 |
| TRANSFERS BETWEEN ACCOUNTS | 190 | ⟨100⟩ | ⟨90⟩ | | 0 |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | 0 | 0 | 0 | | 0 |
| CHECKS/OTHER DISBURSEMENTS | 325 | 0 | 0 | | 325 |
| ENDING CASH - PER BOOKS | 165 | 6 | 10 | | 181 |

MOR-8  * includes $150 transferred in error by bank. (This amount is reversed in Nov.)

Revised: 6/14/96

CASE NAME: Monte Nido Estates, LLC
c/o Rosco Holdings, Inc.

CASE NUMBER: 10-60920-RBK

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH August | MONTH Sept. | MONTH Oct | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | 0 | 0 | 0 | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH August | MONTH Sept | MONTH Oct | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 0 | 0 | 0 | | | |

MOR-9

Revised 8/14/96