| | |
|---|---|
| 1 | **WINSTON & STRAWN LLP** |
|  | David L. Aronoff (SBN: 152606) |
| 2 | Steven D. Atlee (SBN: 151025) |
|  | Justin E. Rawlins (SBN: 209915) |
| 3 | 333 S. Grand Avenue, 38th Floor |
|  | Los Angeles, CA  90071-1543 |
| 4 | Telephone Number: (213) 615-1700 |
|  | Facsimile Number: (213) 615-1750 |
| 5 | daronoff@winston.com |
|  | satlee@winston.com |
| 6 | jrawlins@winston.com |

> **FILED & ENTERED**
>
> **DEC 01 2010**
>
> **CLERK U.S. BANKRUPTCY COURT**
> **Central District of California**
> **BY kaaumoar DEPUTY CLERK**
>
> **CHANGES MADE BY COURT**

7  Counsel for Pacific Mercantile Bank

8           **UNITED STATES BANKRUPTCY COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10                  **LOS ANGELES DIVISION**

| | | | |
|---|---|---|---|
| 11 | In re: | ) | **Case No. 02:10-bk-55947-VZ** |
| 12 | Monte Nido Estates, LLC., | ) | Chapter 11 |
| 13 | Debtor. | ) | **ORDER GRANTING MOTION OF MONTE NIDO ESTATES, LLC FOR ORDER APPROVING COMPROMISE WITH PACIFIC MERCANTILE BANK PURSUANT TO FEDERAL RULE BANKRUPTCY OF PROCEDURE 9019** |
| 14 | | ) | |
| 15 | | ) | |
| 16 | | ) | |
| 17 | | ) | Judge: Hon. Vincent P. Zurzolo |
|    | | ) |         Courtroom 1368 |
|    | | ) |         255 East Temple Street |
| 18 | | ) |         Los Angeles, CA 90012 |
| 19 | | ) | Date:  November 23, 2010 |
|    | | ) | Time:  11:00 a.m. |
| 20 | | ) | Place: Courtroom 1368 |

LA:282852.2

On or about November 2, 2010, Monte Nido Estates, LLC. ("Debtor") filed the *Motion of Monte Nido Estates for Order Approving Compromise with Pacific Mercantile Bank Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion")[1]. The Motion came before the Court on November 23, 2010. Appearances of counsel were as noted in the record of the Court.

The Court having reviewed the Motion, the Settlement described in the Motion, the Settlement Agreement, and the other pleadings and papers filed in this case; having determined that adequate notice has been given under the circumstances, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED:**

1. The Motion is granted;

2. The Settlement and Settlement Agreement are approved;

3. The Court finds that the proposed Settlement is fair and reasonable;

4. No objections to the proposed Settlement were filed;

5. The Ross Parties are authorized to enter into the Settlement Agreement and to perform any and all obligations contemplated thereby promptly upon entry of this Order; and

6. Without affecting the finality of this Order in any way, this Court retains continuing jurisdiction (a) with respect to all matters arising from or related to the implementation of this Order and (b) to construe, enforce and administer the Settlement Agreement.

7. Subject to the terms of the Settlement Agreement, the Court finds that, upon the conveyance to PMB of the Colony Apartments, and the (Piuma) Calabasas CA lots, all indebtedness and obligations deriving from or relating to those properties which may otherwise be owing to PMB shall be deemed satisfied and discharged in full.

8. Both PMB and the Debtor waive any rights of appeal from this Order.

9. The terms of the Settlement Agreement are intended to remain binding and enforceable notwithstanding any future dismissal of this case.

---

[1] Capitalized terms used but not defined herein will have the same meanings ascribed to them in the Motion or in the Settlement Agreement that is the subject of the Motion.

LA:282852.2

1  PRESENTED BY:

2  **MICHAEL A. MCCONNELL**
   Kelly, Hart & Hallman, LLP
3
   _____
4  Attorneys for Debtor

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

LA:282852.2

APPROVED:

LAW OFFICES OF ROBERT M. YASPAN

_____
By: Robert M. Yaspan
Attorney for Leonard Ross, Debtor in Possession


WINSTON & STRAWN

 /s/ Justin E. Rawlins
By: Justin E. Rawlins, Esq.
Attorney for Pacific Mercantile Bank


# # #


DATED: December 1, 2010

_____
United States Bankruptcy Judge

4

LA:282852.2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
   Winston & Strawn LLP, 333 S. Grand Avenue, 38th Floor, Los Angeles, CA  90071

A true and correct copy of the foregoing document described as ***ORDER GRANTING MOTION OF MONTE NIDO ESTATES, LLC FOR ORDER APPROVING COMPROMISE WITH PACIFIC MERCANTILE BANK PURSUANT TO FEDERAL RULE BANKRUPTCY OF PROCEDURE 9019*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 24, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Hon. Vincent P. Zurzolo    (Courtesy copy will be delivered to Chambers - Ctrm. 1368)**
**United States Bankruptcy Court**
**255 E. Temple Street, Suite 1360**
**Los Angeles, CA  90012-3332**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 23, 2010 | Linda J. DaSilva | /s/ Linda J. DaSilva |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **_ORDER GRANTING MOTION OF MONTE NIDO ESTATES, LLC. FOR ORDER APPROVING COMPROMISE WITH PACIFIC MERCANTILE BANK PURSUANT TO FEDERAL RULE BANKRUPTCY OF PROCEDURE 9019_** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 23, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                      **F 9021-1.1.NOTICE.ENTERED.ORDER**

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

Jay W Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Justin E Rawlins on behalf of Creditor Pacific Mercantile Bank
jrawlins@winston.com, docketla@winston.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Joshua D Wayser on behalf of Interested Party Courtesy NEF
joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com

Robert M Yaspan on behalf of Interested Party Courtesy NEF
court@yaspanlaw.com, tmenachian@yaspanlaw.com


**II.    SERVED BY THE COURT VIA U.S. MAIL:**

**Debtor**
Monte Nido Estates, LLC, 1011-1/2 North Beverly Drive, Beverly Hills, CA  90210-2328

**Attorneys for Debtor Monte Nido Estates, LLC,**
Kelly Hart on behalf of Debtor Monte Nido Estates, LLC, Kelly Hart & Hallman LLP,
201 Main Street, Suite 2500, Fort Worth, TX  76102

**Attorneys for Debtor Monte Nido Estates, LLC,**
Christopher Joshua Osborne on behalf of Debtor Monte Nido Estates, LLC, Kelly Hart & Hallman LLP,
201 Main Street, Suite 2500, Fort Worth, TX  76102

**Attorneys for Debtor Monte Nido Estates, LLC,**
Clay M. Taylor on behalf of Debtor Monte Nido Estates, LLC, Kelly Hart & Hallman LLP,
201 Main Street, Suite 2500, Fort Worth, TX  76102


**III.    TO BE SERVED BY THE LODGING PARTY:**

Leonard Ross
1009 N. Beverly Hills
Beverly Hills, CA  90210-2328

Rossco Holdings, Inc.
1011-1/2 North Beverly Drive
Beverly Hills, CA  90210-2328

Rossco Holdings, Inc.
410 S. Texas Avenue
College Station, TX  77840-1724

Ronald Pearson
2109 Bird Creek Terrace
Temple, TX  76502-1083

Ford Motor Credit Company
P.O. Box 6275
Dearborn, MI  48121-6275

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**

Pacific Mercantile Bancorp
c/o Munsch Hardt Kopf  Harr, PC
Attn:  Patricia B. Tomasco
401 Congress Avenue, Suite 3050
Austin, TX  78701-4506

Gaines & Stacy LLP
16622 Ventura Boulevard # 1220
Encinco, CA 91436-1872

Texas Comptroller of Public Accounts
Jay W. Hurst
P.O. Box 12548
Austin, TX 78711-2548

Bassel & Wilcox
206 E. 8th Street, Suite 201
P.O. Box 11509
Fort Worth, Texas 76110-0509

Lumbermens Mutual Group-Lou Jones
1 Corporate Drive Ste 200
Lake Zurich, IL 60047-8945

B&E Engineers
24 West Saint Joseph Street
Arcadia, CA 91007-2854

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**