THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
llb@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403

Attorneys for Monte Nido Estates, LLC,
Debtor and Debtor-In-Possession

FILED & ENTERED

APR 07 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY speters    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES VALLEY DIVISION

In re:

MONTE NIDO ESTATES, LLC,

    Debtor.

) **Case No. 02:10-bk-55947-VZ**
)
) Chapter 11
)
) **ORDER GRANTING MOTION OF THE**
) **DEBTOR FOR ORDER RECLASSIFYING**
) **SCHEDULED CLAIM OF LUMBERMENS**
) **MUTUAL GROUP FROM PRIORITY**
) **UNSECURED CLAIMS TO NON-PRIORITY**
) **UNSECURED CLAIMS**
)
) <u>Hearing Held</u>:
) Date:    March 29, 2011
) Time:    1:30 p.m.
) Judge:   Hon. Vincent P. Zurzolo
)          Courtroom 1368
)          255 East Temple Street
)          Los Angeles, CA  90012

    On March 29, 2011, at 1:30 p.m., this Court heard and considered the Debtor's Motion Of The Debtor For Order Reclassifying Scheduled Claim Of Lumbermens Mutual Group From Priority Unsecured Claims To Non-Priority Unsecured Claims ("Motion") filed by Monte Nido Estates, LLC, the Debtor and Debtor-in-Possession herein ("Monte Nido" or the "Debtor"), the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge, presiding.  Appearances having been made, no

1  objections having been received, all pleadings of record and arguments of counsel having been
2  considered, and good cause appearing therefor, it is
3      ORDERED THAT:
4    1.  The Motion is granted.
5    2.  The claim of Lumbermens Mutual Group scheduled by the Debtor as an unsecured
6  priority claim in its Amended Schedule E filed on or about November 3, 2010 is hereby reclassified
7  as a general unsecured claim..

# # #

DATED: April 7, 2011

*[signature]*

United States Bankruptcy Judge

**The Creditors' Law Group, a Professional Corporation**
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400   Fax (323) 686-5403

| In re: <br> MONTE NIDO ESTATES, LLC | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:10-bk-55947-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027-4711

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION OF THE DEBTOR FOR ORDER RECLASSIFYING SCHEDULED CLAIM OF LUMBERMENS MUTUAL GROUP FROM PRIORITY UNSECURED CLAIMS TO NON-PRIORITY UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   April 6, 2011 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Honorable Vincent Zurzolo (Fedex) <br> United States Bankruptcy Court <br> 255 E. Temple St., Suite 1360 <br> Los Angeles, CA 90012 | United States Trustee's Office (Fedex) <br> 725 Figueroa St., 26th Floor <br> Los Angeles, CA 90017 | Lumbermens Mutual Group (Fedex) <br> 1 Corporate Drive, Ste. 200 <br> Lake Zurich, IL 60047-8945 |
|---|---|---|

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 6, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 6, 2011 | David J. Richardson | /s/ David J. Richardson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br>MONTE NIDO ESTATES, LLC |  | CHAPTER: 11 |
|---|---|---|
|  | Debtor(s). | CASE NUMBER: 2:10-bk-55947-VZ |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION OF THE DEBTOR FOR ORDER RECLASSIFYING SCHEDULED CLAIM OF LUMBERMENS MUTUAL GROUP FROM PRIORITY UNSECURED CLAIMS TO NON-PRIORITY UNSECURED CLAIMS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  April 6, 2011   , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

See attached

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Monte Nido Estates, LLC  
1011 ½ Beverly Dr.  
Beverly Hills, CA  90210-2328

Lumbermens Mutual Group  
1 Corporate Drive, Ste. 200  
Lake Zurich, IL  60047-8945

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re:  MONTE NIDO ESTATES, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-55947-VZ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Laura L. Buchanan – llb@thecreditorslawgroup.com
Jay W Hurst - jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
Justin E Rawlins - jrawlins@winston.com, docketla@winston.com
David J Richardson - djr@thecreditorslawgroup.com
David B Shemano - dshemano@pwkllp.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Joshua D Wayser - joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
Robert M Yaspan - court@yaspanlaw.com, tmenachian@yaspanlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**